UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TINA MARIE BEATTY,<br><br>    Plaintiff,<br>v.<br><br>SOUTHWEST CREDIT SYSTEMS, L.P.,<br><br>    Defendant. | Case No: 4:16-cv-00187-RLY-DML<br><br>Honorable Judge Richard L. Young |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, TINA MARIE BEATTY ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Dated:  9/21/2017

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 250
Lombard, IL 60148
(630) 575-8181
nvolheim@sulaimanlaw.com

Robbie Malone
Malone Akerly Martin PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, TX 75231
(214) 346-2630
rmalone@mamlaw.com